UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISIONO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: 1:19CR79 |
| ) | |
| Plaintiff ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | Mag. Judge Jonathan D. Greenberg |
| ) | |
| MARTIN FANO, ) | |
| ) | **DEFENDANT'S UNOPPOSED** |
| Defendant-Appellant. ) | **MOTION TO TRAVEL** |
| ) | |

Now comes the Defendant, Martin Fano, by and through his counsel, James C. Lynch, and herewith respectfully moves this court to grant him permission to travel with his wife to St. Augustine, Florida, during the period of March 29, 2019 through April 8, 2019 for a brief vacation usually taken this time of year by the Defendant and his wife. Mr. Fano is currently on pre-trial release subject to the usual restrictions on travel as set by a personal bond granted by Magistrate Greenberg on March 13, 2019. Counsel for the United States and representatives of Pre-trial services indicated no objection to counsel to such travel.

WHEREFORE, it is respectfully prayed that this motion be granted.

Respectfully Submitted,

s/James C. Lynch

1

        James C. Lynch (0033787)
        P. O. Box 33189
        North Royalton, Ohio 44133
        Ph. 440-382-2114
        jchurchillLynchlaw67@yahoo.com
        Counsel to Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically filed this 14th day of March, 2019, through the court's electronic service process to all parties.

        s/ James C. Lynch
        JAMES C. LYNCH