UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISIONO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 1:19CR79 |
| Plaintiff | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) | |
| MARTIN FANO, | ) ) | **DEFENDANT'S MOTION *IN LIMINE*** |
| Defendant-Appellant. | ) ) | |

Now comes the Defendant, Martin Fano, by and through his counsel, James C. Lynch, and herewith respectfully moves, *In Limine*, this court, in its' discretion, exclude a tape recorded conversation between the Defendant and Rufus Taylor on July 11, 2017, on the grounds that it is irrelevant to the issues and, further, is so unduly prejudicial so as to overcome any possible probative value, pursuant to Fed. Rules of Evidence, Rule 403. See, *United States v. Brady*, 595 F.2d 359, 361 (6th Cir. 1979). Yesterday, a transcription of the recording was provided to the Defendant as the portion which would be offered by the government. For the Court's information, the Defendant is sending, by email to the Court's courtroom deputy, the transcript in question.

WHEREFORE, it is respectfully prayed that this motion be granted.

Respectfully Submitted,

1

        s/James C. Lynch

James C. Lynch (0033787)
P. O. Box 33189
North Royalton, Ohio 44133
Ph. 440-382-2114
jchurchillLynchlaw67@yahoo.com
Counsel to Defendant

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing was electronically filed this 14th day of June, 2019, through the court's electronic service process to all parties.

s/ James C. Lynch
JAMES C. LYNCH